160

367 A.2d 1090

COMMONWEALTH of Pennsylvania

v.

R. J. DOLAN, Appellant.

Supreme Court of Pennsylvania.

Argued May 4, 1976.

Decided Jan. 28, 1977.

Central Pa. Legal Services, James E. Tarman, Harrisburg, for appellant.

Robert E. Rains, Dep. Atty. Gen., Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.